**\*E-FILED\***
**May 16, 2006**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSELITO P. PILLOS, | No. C 05-03323 RS |
| Plaintiff, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| BOSTON SCIENTIFIC CORPORATION, | |
| Defendants. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **July 12, 2006**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **July 19, 2005 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: May 16, 2006

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Robert G. Jackson, Esq.
Email: rjackson@hlmjlaw.com

**Counsel for Defendant(s)**

Alexander Nestor, Esq.
Email: anestor@morganlewis.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: May 16, 2006

                                              /s/ BAK
                                      Chambers of Magistrate Judge Richard Seeborg