CECILY A. WATERMAN, State Bar No. 63502
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: cwaterman@morganlewis.com

*E-FILED 7/17/06*

ALEXANDER NESTOR, State Bar No. 202795
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: anestor@morganlewis.com

Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

ROBERT G. JACKSON, State Bar No. 173217
HOWARD, LYTLE, MAH AND JACKSON
2171 Junipero Serra Blvd., Suite 410
Daly City, CA 94014
Tel: 650.992.3200
Fax: 650.994.8193
E-mail: rjackson@hlmjlaw.net

Attorneys for Plaintiff
JOSELITO P. PILLOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSELITO P. PILLOS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>BOSTON SCIENTIFIC CORPORATION, and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No. C 05-03323 RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND ORDER**<br>**F.R.C.P. 41(A)(1)** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action, including all causes of action against all

MORGAN, LEWIS &
BOCKUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3595174.1

STIPULATION OF DISMISSAL WITH
PREJUDICE OF ENTIRE ACTION
CASE NO. C 05-03323 RS

Defendants, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: July ___, 2006        HOWARD, LYTLE, MAH AND JACKSON

By _____
Robert G. Jackson
Attorneys for Plaintiff
JOSELITO P. PILLOS

Dated: July 10, 2006         MORGAN, LEWIS & BOCKIUS LLP

By _____
Alexander Nestor
Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

## ORDER

The Court having considered the stipulation of the parties, and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED.

Dated: July 17, 2006         _____
Magistrate Judge Richard Seeborg

1  Defendants, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil
2  Procedure 41(a)(1).

4  Dated: July 10, 2006                HOWARD, LYTLE, MAH AND JACKSON

6                                       By /s/ Robert G. Jackson
7                                       Robert G. Jackson
                                        Attorneys for Plaintiff
8                                       JOSELITO P. PILLOS

10 Dated: July 10, 2006                MORGAN, LEWIS & BOCKIUS LLP

12                                      By /s/ Alexander Nestor
                                        Alexander Nestor
13                                      Attorneys for Defendant
                                        BOSTON SCIENTIFIC CORPORATION

15                                      **ORDER**

17  The Court having considered the stipulation of the parties, and GOOD CAUSE appearing
18  therefore, IT IS HEREBY ORDERED.

20  Dated: _____, 2006
                                        _____
                                        Magistrate Judge Richard Seeborg

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3595174.1                2                STIPULATION OF DISMISSAL WITH
                                               PREJUDICE OF ENTIRE ACTION
                                               CASE NO. C 05-03323 RS